NORTH CAROLINA

GUILFORD COUNTY

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
25CV015070-400

AMY S. MILLER,
,
Plaintiff,
-v-
THE SUNBEAM CORPORATION a/k/a,
SUNBEAM PRODUCTS, INC.

Defendant,

# COMPLAINT

**COMES NOW THE PLAINTIFF**, complaining of the Defendant alleges and says;

## JURSIDICTION

1. That the Plaintiff is a resident of Guilford County, North Carolina.

2. That the Defendant is a corporation located in Michigan but at all times here at issue said Defendant was doing business in Guilford County via the distribution and sale of its products complained of herein.

## FACTUAL BASIS

3. That in early 2022 The Defendant purchased a warming blanket that was being distributed and sold in Guilford County North Carolina labeled as Model SOCKXM and SIXKV Model 8348 PN 126984-L

4. That the Plaintiff at all times used this product for its designed purposes and as per the instructions that accompanied said product for its' use as such.

5. That in the course of using this product on one occasion the Plaintiff suffered serious third degree burns on and about her buttocks as the product suddenly and without warning malfunctioned and went well beyond the controlled heat setting that had been designated by its control mechanism and caused the third degree burns suffered by the Plaintiff.

6. That as a sole, proximate and direct result of the burns caused by the defective product the Plaintiff has been compelled to seek medical treatments for said burns and the same have resulted in permanent scarring to the impacted area.

## LIABILITY

7. Upon complaining about the burns suffered by the Plaintiff the Defendant dispatched one of its' engineers to examine the offending product.

8. That upon examination of the product, Defendant's engineer discovered a manufacturing defect in said product, the result of which had caused the malfunction that resulted in the third degree burn to the Plaintiff.

9. That based upon this finding the Plaintiff demanded compensation for the injury that she sustained and despite the finding of its defective product the Defendant has failed and refused not resolve the Plaintiffs damages which included medical expenses, mental anguish, pain and suffering ss well as permanent disfigurement resulting from the burns sustained by reason of the malfunctioning product.

## PRAYER FOR RELIEF

10. That the Plaintiff is entitled to recover for pain suffering, medical expense, disfigurement as well as mental anguish all occasioned by the Defendants placing into the stream of commerce in and about North Carolina a defective product which better procedures and, inspection and tested would have detected that the product was both defective and harmful

Wherefore the premises are stated, the Plaintiff prays the court that she have and receive the following relief:

1. Damages in excess of Twenty-Five Thousand Dollars as compensation for the damage set forth hereinabove in paragraph 10 of the complaint.

2. That she have and recover the costs of the action.

3. That she have and recover such other and further relief as the court may deem to be just and appropriate.

This is the 7th day of July, 2026.

/S/Kenneth M. Johnson
Attorney For Plaintiff
State of N.C. Bar #: 6230

Of Counsel:

KENNETH M. JOHNSON, PA
701 East Market Street
Greensboro, NC 27401
Telephone: (336)272-8273

KENNETH M. JOHNSON, P.A.
ATTORNEYS AND COUNSELLORS AT LAW
P.O. Box 21247
Greensboro, North Carolina 27420

CERTIFIED MAIL®

9589 0710 5270 1712 7103 52

GREENSBORO NC 270
6 AUG 2025 PM 1

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES
ZIP 27401
02 7H
0006200461
$ 010.73⁰
AUG 05 2025

Sunbeam Products, Inc.
c/o Corporation Service Company
2626 Glenwood Avenue, Suite 550
Raleigh, North Carolina 27608

27608-137025